United States Courts
Southern District of Texas
FILED

*May 26, 2021*

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| v. § | Criminal No. **4:21-cr-281** |
| § | |
| **HIEN NGO VO** § | |
| Defendant § | |

# INDICTMENT

THE GRAND JURY CHARGES:

At all times material to this Indictment:

## COUNT ONE

**(Operating an Unlicensed Money Transmitting Business-18 U.S.C. §1960)**

1. Beginning in or around September 2014, continuing until on or about June 2016, in the Southern District of Texas, and elsewhere, the defendant

### HIEN NGO VO

did conduct, control, manage, supervise, direct, and own all or part of an unlicensed money transmitting business affecting interstate and foreign commerce, to wit: a cryptocurrency exchange business, that failed to comply with the money

transmitting business registration requirements under Section 5330 of Title 31, United States Code, and the regulations prescribed thereunder.

In violation of 18 U.S.C. §1960(b)(1)(B).

                                                 A TRUE BILL

                                                 <u>Original Signature on File</u>
                                                 FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

By: *Rodolfo Ramirez*
     Rodolfo Ramirez
     Assistant United States Attorney