USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

No. **4:21-cr-281**

HOUSTON DIVISION

USAO Number: 2020R07891
Magistrate Number:

CRIMINAL INDICTMENT

United States Courts
Southern District of Texas
FILED

Filed *May 26, 2021*   Judge: **Rosenthal**

Nathan Ochsner, Clerk of Court

**ATTORNEYS:**

UNITED STATES of AMERICA
vs.

**JENNIFER B. LOWERY, ACTING USA**   **(713) 567-9000**

RODOLFO RAMIREZ, AUSA   (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| HIEN NGO VO | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Prohibition of Unlicensed Money Transmitting Businesses: [18 U.S.C. § 1960]

PENALTY: Ct. 1: Fine up to $250,000 or imprisonment for not more than 5 years, or both. Supervised release of not more than 3 years. Special assessment of $100.

☐ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: