UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
May 27, 2021
Nathan Ochsner, Clerk

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO: **4:21-cr-281** |
| | § | |
| HIEN NGO VO | § | |

## ORDER FOR ISSUANCE OF SUMMONS

It appearing to the Court that a __CRIMINAL INDICTMENT__ has been filed against the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on __June 4, 2021__ at __2:00 p.m.__ . Upon appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following conditions of release.

<u>Defendant</u>

HIEN NGO VO

☐ Appearance Bond in the Amount of:
$

SIGNED at Houston, Texas, on __May 26, 2021.__

UNITED STATES MAGISTRATE JUDGE