IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**UNITED STATES OF AMERICA**

v.                                                                                                  Cr. No. H-21-281

**HIEN NGOC VO**

## UNOPPOSED MOTION FOR CONTINUANCE

Hien Ngoc Vo, moves this Court for a 30-day continuance of the motions deadline, pretrial conference and trial, and respectfully shows as follows:

Hien Ngoc Vo is charged with operating an unlicensed money transmitting business in violation of 18 U.S.C. § 1960. The pretrial motions deadline was April 11, 2022, the pretrial conference is set for May 2, 2022, and trial is set for May 9, 2022.

The parties are working toward a resolution of this case without trial and granting this motion will aid in that process. Mr. Vo respectfully submits that the best interests of justice served by granting this motion for a continuance substantially outweigh the interests of the defendant and the community in a speedy trial, and that failure to grant the continuance would deprive defense counsel of sufficient time to prepare for trial. The government is unopposed to this Motion for Continuance.

Respectfully submitted,

MARJORIE A. MEYERS
Federal Public Defender
Southern District of Texas No. 3233
Texas State Bar No. 14003750

By <u>/s/ Dennis Hester</u>
DENNIS HESTER
Assistant Federal Public Defender
Attorney-in-Charge
Texas State Bar ID No. 24065415
Southern District of Texas No. 2209776
Attorneys for Defendant
440 Louisiana, Suite 1350
Houston, Texas   77002-1056
    Telephone:   713.718.4600
    Fax:               713.718.4610

## CERTIFICATE OF CONFERENCE

I certify that I conferred with Assistant United States Attorney Rodolfo Ramirez and determined that the United States is unopposed to this motion for continuance.

*s/ Dennis Hester*

## CERTIFICATE OF SERVICE

I certify that on April 26, 2022, a copy of the foregoing Unopposed Motion to Continue was served by Notification of Electronic Filing and was delivered by email to the office of Assistant United States Attorney Rodolfo Ramirez.

*s/ Dennis Hester*