United States Courts
Southern District of Texas
FILED

June 01, 2022

Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | **Criminal No. 21-CR-00281S** |
| | § | |
| HIEN NGO VO | § | |
|     Defendant | § | |

## INFORMATION

The United States charges that:

## COUNT ONE
### (Operating an Unlicensed Money Transmitting Business-18 U.S.C. §1960)

1.     Beginning in or around March 16, 2016, continuing until on or about June 8, 2016, in the Southern District of Texas, and elsewhere, the defendant

### HIEN NGO VO

did conduct, control, manage, supervise, direct, and own all or part of an unlicensed money transmitting business affecting interstate and foreign commerce, to wit: a cryptocurrency exchange business, that failed to comply with the money transmitting business registration requirements under Section 5330 of Title 31, United States Code, and the regulations prescribed thereunder.

In violation of 18 U.S.C. §1960(b)(1)(B).


JENNIFER B. LOWERY
UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS



BY: _____
Rodolfo Ramirez
Assistant United States Attorney