USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

United States Courts Southern District of Texas
FILED
*May 26, 2022*
Nathan Ochsner, Clerk of Court

No. 21-CR-00281-H

USAO Number: 2020R07891

Magistrate Number:

CRIMINAL INFORMATION                Filed

Judge: Lee H. Rosenthal

UNITED STATES of AMERICA
vs.

Hien Ngoc Vo

**ATTORNEYS:**

**Jennifer B. Lowery, USA**          (713) 567-9000

Rodolfo Ramirez AUSA              (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Operating an Unlicensed Money Transmitting Business [18 U.S.C. § 1960]

PENALTY: Ct. 1: Up to 5 years imprisonment, $250,000 fine, not more than 3 years supervised release, and $100 special assessment.

☐ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: